# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

W. Glenn Soileau
Attorney at Law
P. O. Box 344
Breaux Bridge LA 70517

Jacques P. Soileau
Soileau Law Offices
P. O. Box 344
Breaux Bridge LA 70517

## REHEARING ACTION: August 15, 2012

**Docket Number: 11   01594-CA**

**MARY PHYLLIS SOILEAU**
**VERSUS**
**SMITH TRUE VALUE AND RENTAL, ET AL.**

**Appealed from Evangeline Parish Case No. 69770-B**

## BEFORE JUDGES:

**Hon. Jimmie C. Peters**
**Hon. Elizabeth A. Pickett**
**Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mary Phyllis Soileau** has this day been

**DENIED.**

cc: Charles Munson Lanier  Jr.,, Counsel for the Appellant
    Mary Beth Meyer, Counsel for the Appellant
    Bradley Charles Myers, Counsel for the Appellee
    John Francis Jakuback, Counsel for the Appellee
    Anthony Craig Dupre, Counsel for the Appellee
    Steven J. Bienvenu, Counsel for the Appellee
    Peter Forrestt Caviness, Counsel for the Appellee
    Karen Day White, Counsel for the Appellee
    James Michael Percy, Counsel for the Appellee
    Andrew Parker Texada, Counsel for the Appellee
    Richard Joseph Petre, Jr., Counsel for the Appellee
    Rodney Janis, Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**